CHAMBERS OF
MIRIAM GOLDMAN CEDARBAUM
UNITED STATES DISTRICT JUDGE

July 27, 2004

The Honorable Mary M. Lisi
Chairman, Committee on Financial Disclosure
Administrative Office of the
   United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C.   20544

Dear Judge Lisi:

    I apologize for the oversights that you drew to my attention in your letter dated July 19, 2004, and request that you treat this letter as an amendment of my Financial Disclosure Report for 2003.

    1.   "New York State" was reported in the 2002 report as "NYS GO. Bonds."   See Part VII, page 2, line 14.   "LL&E Royalty Trust Units" were exempt from prior disclosure.   See page 36 of Filing Instructions.   A parenthetical "(X)" should be inserted in Part VII, page 3, line 1.

    2.   "NY NY Mun WTR Fin Auth" and "NYC Mun Wtr Fin Auth" are the same entity.   The entry in Part VII, page 2, line 3 should be deleted.   The entry in Part VII, page 1, line 15 should be amended as follows:   "NY NY Mun WTR Fin Auth D Int M T."

    3.   "Burlington Resources Inc. Stock" and "LL&E Royalty Trust Units" were entirely disposed of during the reporting period.   Column C in Part VII, page 2, line 17, and page 3, line 1 should be blank.

    4.  As indicated in paragraph 1 above, Part VII, page 2, line 14 of the 2002 report ("NYS GO. Bonds") were reported in the 2003 report as "New York State" on page 1, line 14.  Page 2, line 10 of the 2002 report ("South Huntington–NY Free School Dist Bonds") is reported on page 2, line 10 of the 2003 report.  The latter entry should be amended as follows:  "South Huntington NY Free School Dist B Int K T."

    The entries in Part VII, page 1, lines 10 and 11, and page 2, line 16, of the 2002 report were all combined in page 1, line 5, of the 2003 report as "Fidelity IRA."  The column entries on line 5 are correct.  The format of the 2002 report will be followed in future reports.

    As requested in your letter dated July 19, 2004, I enclose three copies of this response.

                        Sincerely yours,

AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Cedarbaum, Miriam G. | 2. Court or Organization<br>US District Court<br>Southern District of NY | 3. Date of Report<br>4/20/04 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>US District Judge – Senior | 5. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial   __X__ Annual ___ Final | 6. Reporting Period<br>1/1/03–12/31/03 |
|---|---|---|

| 7. Chambers or Office Address<br>US Court House<br>500 Pearl Street<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1  Trustee | Barnard College |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

☐ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| 1 | 2003 | Davis Polk & Wardwell Pension | $ 9,438 |
| 2 | 2003 | Museum of Modern Art Pension Trust – Pension | $ 1,695 |
| 3 | | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

☐ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | |
|---|---|---|---|
| 1 | 2003 | Carter, Ledyard & Milburn – Law Partnership | |
| 2 | | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 4/20/04 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 2 | Barnard College | April 25-26 Tarrytown, New York Board of Trustees Retreat (Food and Lodging) |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☒ NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☒ NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,00 $5,000,000  P2=$5,000,001-$25,000,000  P3=25,000,001-50,000,000  P4=50,000,0 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 4/20/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Amsterdam NY Bonds | B | Int | K | T | | | | | |
| 2 Brookhaven NY | A | Int | J | T | | | | | |
| 3 City Univ NY | B | Int | L | T | | | | | |
| 4 Federated NY Mun Cash | B | Int | K | T | | | | | |
| 5 Fidelity IRA | F | Div | P1 | T | | | | | |
| 6 HSBC IRA | C | Int | L | T | | | | | |
| 7 Jamestown NY | B | Int | L | T | | | | | |
| 8 Metropolitan Trans Auth | D | Int | M | T | | | | | |
| 9 Nassau Cnty NY Bonds | D | Int | M | T | Partial Sale | 5/30 | L | B | |
| 10 City of NY Bonds | D | Int | N | T | Partial Sale | 12/1 | K | A | |
| 11 City of NY Bonds | | | | | Partial Sale | 12/31 | K | A | |
| 12 City of NY Bonds | | | | | Purchase | 3/17 | K | | |
| 13 New York St Environmental | A | Int | J | T | | | | | |
| 14 New York State | B | Int | K | T | Partial Sale | 1/2 | K | A | |
| 15 NY NY Mun WTR Fin Auth | C | Int | L | T | | | | | |
| 16 NYC Health & Hospital | B | Int | K | T | Purchase | 1/29 | K | | |
| 17 NYC Transitional Fin Auth | B | Int | K | T | Purchase | 12/24 | K | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 4/20/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Port Authority NY & NJ | B | Int | K | T | Purchase | 5/9 | K | | |
| 2 NY ST Housing Auth | B | Int | K | T | Partial Sale | 5/13 | J | A | |
| 3 NYC Mun Wtr Fin Auth | C | Int | L | T | | | | | |
| 4 NYS Dorm Auth | D | Int | M | T | | | | | |
| 5 NYS Med Care Facs | C | Int | L | T | | | | | |
| 6 NYS Twy Auth | C | Int | L | T | | | | | |
| 7 Onondaga Cnty NY | C | Int | L | T | | | | | |
| 8 Pearl River NY Free Dist School | C | Int | L | T | | | | | |
| 9 Puerto ico Commonwealth | B | Int | K | T | Purchase | 6/12 7/1 | K | | |
| 10 South Huntington NY Free School Dist | C | Int | L | T | | | | | |
| 11 Washington Cnty NY | A | Int | | | Sale | 12/15 | K | A | |
| 12 Westchester Cnty NY | C | Int | L | T | | | | | |
| 13 William Floyd UN | C | Int | L | T | | | | | |
| 14 State of Israel Bond | A | Int | | | Sale | 2/28 | J | A | |
| 15 HSBC Deposit Accounts | D | Int | M | T | | | | | |
| 16 Bank of New York | A | Int | K | T | | | | | |
| 17 Burlington Resources Inc. Stock | A | Div | | T | Sale | 4/1 | J | C | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 4/20/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 LL&E Royalty Trust Units | | Div | | T | Sale | 4/22 | J | A | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cedarbaum, Miriam G. | 4/20/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature

Date  5/2/04  4/20/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544